# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | ☑ Violation Notice  ☐ Information  ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number   L:25-PO-00433-SAH-1 |
| CAROLINE M LEISURE | |
| Defendant | |

Violation Charged  Disorderly conduct           Citation Number  (E1060881)

Date Violation Notice Issued  07/21/2025        Place   WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  9:08-9:30                                 Interpreter   N/A

Date  August 5, 2025                            Interpreter Telephone   N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear     Warrant issued on

☑ Appeared   ☑ By telephone

☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

☐ FPD   ☐ PANEL-CJA   ☐ RETAINED

☑ Attorney waived

☑ Court orders case continued to   Sep 4, 2025   at   1:30pm
   reason:   Status Conference

☐ Bail is set at

☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:25-PO-00433-SAH-1

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made    ☐ orally    ☐ in writing

☑ Informed of charges and rights          Date  August 5, 2025
☑ Defendant arraigned                     Date  August 5, 2025
☑ Court accepts plea          Defendant enters ☐ Guilty          ☑ Not Guilty Plea
☐ Trial     Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence     Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision     ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine                          Payable
☐ Restitution                   To
☐ Community Service             To
☐ Special Assessment
☐ Processing fee: $   30.00
☐ Defendant advised of right to appeal
☐ Other